## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Albert Mayden III

                                        Plaintiff,

v.                                                               Case No.: 1:18−cv−01995
                                                                       Honorable Edmond E. Chang

Fashion Footware, Inc, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 8, 2018:

      MINUTE entry before the Honorable Edmond E. Chang: In view of the notice of settlement as to all parties and all claims, R. 52, and to avoid unnecessary status hearings and to provide time to reduce the agreement to writing, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 12/03/2018. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 10/09/2018 is vacated. Civil case terminated. Civil case terminated. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.